UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| HENRY KEITH EWING, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>DAYSTAR LOGISTICS, INC., EVERETT EUGENE EASON, JR., CRAIG WEARE, and DAVID GRIFFIN,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>4:13-CV-0020-HLM-WEJ |

## AGREED JUDGMENT

It appearing to the Court that the parties have agreed to enter a judgment against Defendants Daystar Logistics, Inc., Everett Eugene Eason, Jr., and Craig Weare in the amount of $11,140.04, and have stipulated to the dismissal with prejudice of Defendant David Griffin,

It is therefore ORDERED that a judgment be and hereby is entered in favor of Plaintiffs Henry Ewing, James Pippin, and Christine Rambo against Defendants Daystar Logistics, Inc., Everett Eugene Eason, Jr., and Craig Weare, jointly and severally, in the amount of $11,140.04.

All claims against Defendant David Griffin be and hereby are dismissed

2

with prejudice.

Plaintiffs' counsel shall make an application for statutory attorney's fees and costs pursuant to Fed. R. Civ. P. 54 and Local Rule 54.2.

_____
Harold L. Murphy, U.S. District Judge