UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Henry Keith Ewing,
James R. Pippin, Jr.,
and Christine Rambo,
on behalf of themselves
and all others similarly situated,

        Plaintiffs,

vs.

Daystar Logistics, Inc.
Everett Eugene Eason, Jr.,
Craig Weare, and
David Griffin,

        Defendants.

CIVIL ACTION FILE

NO. 4:13-cv-20-HLM

## J U D G M E N T

This action having come before the court, Harold L. Murphy, United States District Judge, for consideration of Plaintiffs' counsel's motion for attorney fees, and the court having granted in part said motion, it is

**Ordered and adjudged** that the court awards Plaintiffs' counsel $36,327.50 in attorney's fees associated with this action.

Dated at Rome, Georgia this 23rd day of October, 2013.

                              JAMES N. HATTEN
                              DCE/CLERK


                By:   s/Brenda Hambert
                        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 23, 2013
JAMES N. HATTEN
DCE/CLERK


By:
      Deputy Clerk